# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TOMMY PHILLIPS,**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #116885**

v.　　　　　　　　　　Case No. 4:20-cv-00906-KGB/JTK

**WENDY KELLEY,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Tommy Phillips's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 29th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge